Form Number LR 3015-1 A (12/15)

# Chapter 13 Plan

Case No.: _____

Debtor(s): Ruby Lee Davis    SS#: 2148    Net Monthly Earnings: $_____

SS#: _____    Number of Dependents: _____

I. Plan Payments:

(■) Debtor(s) proposes to pay a periodic payment of $ 613 ○ weekly ○ biweekly ○ semi-monthly ● monthly into the plan; or

(☐) Payroll deduction order: To _____ for $ _____ ○ weekly ○ biweekly ○ semi-monthly ○ monthly.

Length of plan is 60 months, and the total debt to be paid through the plan is $ 36,780.00 .

[✓] Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ 3000 ; $ 800 paid pre-petition; $ 840 to bepaid at confirmation; then $ 420 per month for 4 months.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Cash 101, LLC | n/a | 17750.00 | 17750.00 | 0.00 | 2014 Chrysler Town & Country | 5.0 | 380.37 | 2/2017 |
| Wilshire Consumer Credit | 78.00 | 7800.00 | 7800.00 | 0.00 | 2011 Dodge Calibur | 5.0 | 167.15 | 2/2017 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

[✓] This is an original plan.

[ ] This is an amended plan replacing plan dated _____.

[ ] This plan proposes to pay unsecured creditors _____%.
1.) Holders of allowed and filed non-priority unsecured claims shall receive a pro rata share (POT PLAN) of $ 3,500.00 through the distribution of Debtor(s) Plan.

[✓] Other provisions: 2.) Attorney fees shall be disbursed pursuant to Administrative Order 11-01.

Name/Address/Telephone/Attorney for Debtor(s):    Dated: 6/30/2016

David Cybak
Over the Mountain Law Center, LLC
1903-A Oxmoor Rd.
Homewood, AL 35209    /S/ Ruby Lee Davis
205-870-8480         Signature of Debtor

3.) The Debtor shall surrender the timeshare to Wyndham Vacation Resorts in full satisfaction of any secured claim filed by said creditor.; 4.) The Debtor shall pay any income tax refunds received during plan term to Chapter 13 Trustee.

/S/ _____
Signature of Debtor